In the Matter of the Claim of CARRIE EGAN against
JAMES A. HEARN & SON et al., Respondents.
STATE INDUSTRIAL BOARD, Appellant.

(Argued May 24, 1933; decided June 13, 1933.)

*John J. Bennett, Jr.,* Attorney-General (*John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*Frank L. Ward* and *F. E. Coursen* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.